IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01348-BNB

HERMAN REVELLO,

    Plaintiff,

v.

MEDICAL SUPERVISOR SCHISSLER,
COURT SERVICES SUPERVISOR ARGO, and
NURSE P.J.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 3 0 2009

GREGORY C. LANGHAM
CLERK

---

### ORDER DRAWING CASE

---

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 30th day of June, 2009.

                                                BY THE COURT:

                                                *s/Craig B. Shaffer*
                                                Craig B. Shaffer
                                                United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01348-BNB

Herman Revello
Prisoner No. 200800010834
Adams County Detention Facility
150 N. 19th Ave.
Brighton, CO 80601

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  6/30/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk