IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01348-MSK-MEH

HERMAN REVELLO,

    Plaintiff,

v.

MEDICAL SUPERVISOR SCHISSLER,
COURT SERVICES SUPERVISOR ARGO, and
NURSE P.J.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 20, 2009.**

    Plaintiff's Motion for Order for Access of Legal Materials and Copies of Legal Documentation for the Courts [filed July 17, 2009; docket #14] is **granted in part and denied in part**. The Plaintiff's request is vague and, thus, the Court finds it difficult to decipher. To the extent the Plaintiff requests access to supplies and the law library at the prison facility, the Court denies such request as the Court may not interfere in the daily activities of the facility. To the extent the Plaintiff requests a copy of the notice referenced in D.C. Colo. LCivR 72.2, the request is granted and the Clerk of the Court is directed to mail to Plaintiff such notice and any attendant documentation.