IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01348-MSK-MEH

HERMAN REVELLO,

    Plaintiff,

v.

MEDICAL SUPERVISOR SCHISSLER,
COURT SERVICES SUPERVISOR ARGO, and
NURSE P.J.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 23, 2009.**

    Plaintiff's Motion to Amend Request for Relief [filed July 21, 2009; docket #19] is **denied as moot**. Pursuant to Fed. R. Civ. P. 15(a)(1), a party may amend its pleading once as a matter of course before being served with a responsive pleading. Here, no responsive pleading has been filed and the Complaint has not been amended; therefore, the Plaintiff need not seek leave of court to amend his Complaint.

    The Plaintiff may file an Amended Complaint, containing the information he seeks to add as described in the motion, before Defendants file a responsive pleading in this case.