IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01348-MSK-MEH

HERMAN REVELLO,

    Plaintiff,

v.

MEDICAL SUPERVISOR SCHISSLER,
COURT SERVICES SUPERVISOR ARGO, and
NURSE P.J.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 19, 2009.**

    The Motion for a Qualified Protective Order to File Medical Records Under Seal filed by Defendants Diane Schissler and Nurse P.J. [filed October 19, 2009; docket #40] is **denied without prejudice** for failure to comply with Fed. R. Civ. P. 26(c)(1) and D.C. Colo. LCivR 7.1A.[1]

---

[1] The Court also directs the Defendants' attention to D.C. Colo. LCivR 10.1J.