IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01348-MSK-MEH

HERMAN REVELLO,

      Plaintiff,

v.

MEDICAL SUPERVISOR SCHISSLER,
COURT SERVICES SUPERVISOR ARGO, and
NURSE P.J.,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 16, 2009.**

      The Motion for Leave to Depose Plaintiff, a Confined Person in Prison filed by Defendant Argo [filed November 16, 2009; docket #48] is **granted**. Defendant Argo is permitted to take the Plaintiff's deposition at his place of incarceration pursuant to the date and terms set forth in Defendant's motion.