IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01348-MSK-MEH

HERMAN REVELLO,

    Plaintiff,

v.

MEDICAL SUPERVISOR SCHISSLER,
COURT SERVICES SUPERVISOR ARGO, and
NURSE P.J.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 4, 2009.**

    Plaintiff's Motion to Compel [filed December 1, 2009; docket #57] is **denied** as premature. Plaintiff seeks classification information from Defendant Argo; however, just two days prior to the date listed on Plaintiff's motion, the Court granted Plaintiff's request to see his classification information under special conditions that will preserve the confidentiality of the information. *See* docket #54. Plaintiff mentions nothing in his motion regarding whether he had seen the information following the Court's order but, rather, references a meeting with Argo one month earlier. Therefore, the Court will deny the motion, but should the Plaintiff determine that additional information is needed following his access to the confidential classification information and should the Defendants deny him such additional information, the Plaintiff may seek relief from the Court at that time.