IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01348-MSK-MEH

HERMAN REVELLO,

    Plaintiff,

v.

MEDICAL SUPERVISOR SCHISSLER,
COURT SERVICES SUPERVISOR ARGO, and
NURSE P.J.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 29, 2009.**

    Plaintiff's Motion for Copies of Transcripts of Deposition Pursuant to Fed. R. Civ. P. 30(f)(3) [filed December 28, 2009; docket #62] is **denied**. As provided in Fed. R. Civ. P. 30(f)(3), any party or the deponent may obtain a copy of a deposition transcript from the officer who recorded the deposition upon a payment of reasonable charges. The Court possesses no copies of such transcripts (*see* Fed. R. Civ. P. 5(d)(1)) and, upon review of the record, observes that the transcript has not been filed as an attachment to any pleading or motion in this case. Additionally, there is no indication in the motion that the Plaintiff has attempted to obtain a copy of the transcript from the recording officer or from the Defendants.