IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01348-MSK-MEH

HERMAN REVELLO,

      Plaintiff,

v.

MEDICAL SUPERVISOR SCHISSLER,
COURT SERVICES SUPERVISOR ARGO, and
NURSE P.J.,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 9, 2010.**

      Plaintiff's Motion to Compel Argo for Admissions Pursuant to Fed. R. Civ. P. Rule 36 [filed February 5, 2010; docket #73] is **denied without prejudice**. Pursuant to Fed. R. Civ. P. 37(a), a motion to compel "must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action." Here, Plaintiff indicates nothing about whether he has conferred or attempted to confer with Defendant Argo (or Argo's counsel) about the responses to Plaintiff's request for admissions.